OPINION — AG — THE PROCEEDS OF A LEVY MADE BY SCHOOL DISTRICT UNDER THE PROVISIONS OF ARTICLE X, SECTION 10
OKLAHOMA CONSTITUTION, MAY BE USED FOR THE PURPOSE OF DIGGING OR DRILLING A WATER WELL, CONSTRUCTING A PUMP HOUSE WITH WATER PUMP AND PIPING FROM SAID PUMP HOUSE TO THE SCHOOL BUILDING OR HOUSE. CITE: OPINION NO. JANUARY 5, 1952 — SUPT. OF PUBLIC INSTRUCTION, 70 O.S.H. 1-20, OPINION NO. SEPTEMBER 4, 1953 — HODGE, ARTICLE X, SECTION 9 (RICHARD HUFF)